1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
4  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
5  Glendale, California 91206
   Telephone:     (818) 500-3200
6  Facsimile:     (818) 500-3201

7  Attorneys for Plaintiff
   Adobe Systems Incorporated

8
                  UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
10

11 Adobe Systems Incorporated,            )   Case No. CV11-3885 CRB
                                          )
12              Plaintiff,                 )   STIPULATION TO EXTEND TIME TO
         v.                               )   RESPOND TO COUNTERCLAIMS
13                                         )   AND [PROPOSED] ORDER
   Matthew Rene; Francis Pierre, an individual and )
14 d/b/a www.futursoftsolutions.com; Isaac Abady )
   a/k/a Ike Abady a/k/a Ike Ababi, an individual )
15 and d/b/a www.topdealscenter.com and Top )
   Deals Center; Computer Software Plus, Inc.; Nati )
16 Aviv; Shahar Ben-Yehuda; and Does 1-10, )
   inclusive,                             )
17                                         )
                                          )
18              Defendants.                )
   _____ )

19         PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Francis Pierre and

20 Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a

21 www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as

22 Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a

23 www.topdealscenter.com and Top Deals Center (collectively "Defendants"), by and through their

24 respective counsel of record, hereby stipulate and request as follows:

25         WHEREAS Plaintiff filed its Complaint on or about August 8, 2011;

26

27

28

WHEREAS Plaintiff Defendants Pierre and Futursoft Solutions, Inc. were personally served on or about August 26, 2011;

WHEREAS the original deadline to respond to the Complaint for Defendants Pierre and Futursoft Solutions, Inc. was September 15, 2011;

WHEREAS Plaintiff sub-served Defendants Abady and Computer Software Plus, Inc. on or about August 29, 2011;

WHEREAS the original deadline to respond to the Complaint for Defendants Abady and Computer Software Plus, Inc., was September 28, 2011;

WHEREAS Defendants recently retained the same counsel for joint representation in this action;

WHEREAS the Parties are currently discussing resolution of Plaintiff's claims without further intervention of the Court;

WHEREAS the Parties have agreed that good cause exists for a brief extension of time for Defendants to respond to the Complaint, particularly in light of these preliminary discussions and the ongoing efforts of Plaintiff to serve the remaining defendants Nati Aviv and Shahar Ben-Yehuda;

WHEREAS this extension exceeds 30 days and will affect the Case Management Conference currently on calendar for November 18, 2011, and thus needs to be approved by the Court; and

/ / /

/ / /

1        NOW, THEREFORE, the Parties stipulate that Defendants shall have through and until

2    November 18, 2011, to respond to the Complaint and request that the Court order the same.

3

4    DATED: October 27, 2011                    J. Andrew Coombs, A Professional Corp.

5                                               By: _____

6                                                   J. Andrew Coombs
                                                    Annie S. Wang
7                                                   Nicole L. Drey
                                                    Attorneys for Plaintiff Adobe Systems Incorporated
8

9    DATED: October 27, 2011                    Winghart Law Group

10

11                                              By: _____

                                                    Andrew D. Winghart
12                                              Attorney for Defendants Francis Pierre and Futursoft
                                                Solutions, Inc., erroneously sued as Francis Pierre, an
13                                              individual and d/b/a www.futursoftsolutions.com,
                                                Isaac Abady and Computer Software Plus, Inc.,
14                                              erroneously sued as Isaac Abady a/k/a Ike Abady
                                                a/k/a Ike Abadi a/k/a Ike Ababi, an individual and
15                                              d/b/a www.topdealscenter.com and Top Deals Center

16

17

18                                   [PROPOSED] ORDER

19   PURSUANT TO REQUEST, IT IS SO ORDERED.
     DATED: __November 4__, 2011
20

21

22                                              _____
                                                Charles R. Breyer
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28