J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. CV11-3885 CRB |
| Plaintiff, ) | STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND [PROPOSED] ORDER |
| v. ) | |
| Matthew Rene; Francis Pierre, an individual and d/b/a www.futursoftsolutions.com; Isaac Abady a/k/a Ike Abady a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center; Computer Software Plus, Inc.; Nati Aviv; Shahar Ben-Yehuda; and Does 1-10, inclusive, ) | |
| Defendants. ) | |

PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS Plaintiff filed its Complaint on or about August 8, 2011;

WHEREAS Plaintiff Defendants Pierre and Futursoft Solutions, Inc. were personally served on or about August 26, 2011;

WHEREAS the original deadline to respond to the Complaint for Defendants Pierre and Futursoft Solutions, Inc. was September 15, 2011;

WHEREAS Plaintiff sub-served Defendants Abady and Computer Software Plus, Inc. on or about August 29, 2011;

WHEREAS the original deadline to respond to the Complaint for Defendants Abady and Computer Software Plus, Inc., was September 28, 2011;

WHEREAS Defendants recently retained the same counsel for joint representation in this action;

WHEREAS the Parties are currently discussing resolution of Plaintiff's claims without further intervention of the Court;

WHEREAS the Parties have agreed that good cause exists for a brief extension of time for Defendants to respond to the Complaint, particularly in light of these preliminary discussions and the ongoing efforts of Plaintiff to serve the remaining defendants Nati Aviv and Shahar Ben-Yehuda;

WHEREAS this extension exceeds 30 days and will affect the Case Management Conference currently on calendar for November 18, 2011, and thus needs to be approved by the Court; and

/ / /

/ / /

NOW, THEREFORE, the Parties stipulate that Defendants shall have through and until November 18, 2011, to respond to the Complaint and request that the Court order the same.

DATED: October 27, 2011     J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: October 27, 2011     Winghart Law Group

By: _____
Andrew D. Winghart
Attorney for Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: __November 4__, 2011

_____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*