1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Andrew D. Winghart (SBN 225099)
   *drew@winghartlaw.com*
9  Winghart Law Group
   495 Seaport Court, Suite 104
10 Redwood City, California 94063
   Telephone:    (510) 593-8546
11 Facsimile:    (866) 941-8593

12 Attorneys for Defendants Francis Pierre and
   Futursoft Solutions, Inc., erroneously sued
13 as Francis Pierre, an individual and d/b/a
   www.futursoftsolutions.com, Isaac Abady
14 and Computer Software Plus, Inc.,
   erroneously sued as Isaac Abady a/k/a Ike
15 Abady a/k/a Ike Abadi a/k/a Ike Ababi, an
   individual and d/b/a
16 www.topdealscenter.com and Top Deals
   Center
17

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

20

21 Adobe Systems Incorporated,               )   Case No. C11-3885 CRB
                                             )
22                    Plaintiff,             )   **STIPULATION TO EXTEND ADR**
        v.                                   )   **DEADLINE AND CONTINUE**
23                                           )   **FURTHER CASE MANAGEMENT**
   Matthew Rene, et al.,                     )   **CONFERENCE AND [PROPOSED]**
24                                           )   **ORDER**
                      Defendants.            )
25                                           )   Current ADR Deadline:   June 30, 2012
                                             )   Mediation Date:         July 17, 2012
26                                           )
                                             )   CMC:                    June 8, 2012
27                                           )   Time:                   8:30 a.m.
                                             )   Court:    Hon. Charles R. Breyer
28

Adobe v. Rene, et al.: Stipulation to Extend ADR Deadline and      - 1 -
Continue CMC

PLAINTIFF Adobe Systems Incorporated ("Adobe"), by and through its counsel of record, and Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request as follows:

WHEREAS a Case Management Conference was held on April 20, 2012;

WHEREAS the Court ordered a Further Case Management Conference on June 8, 2012, to occur after mediation had taken place;

WHEREAS the current deadline to complete ADR is June 30, 2012;

WHEREAS the Parties and assigned mediators have been unable to find a date before June 30, 2012, at which all necessary persons can appear;

WHEREAS the Parties and assigned mediators have all confirmed their availability on July 17, 2012, and have tentatively scheduled the mediation for that date, pending the Court's extension of the ADR deadline;

WHEREAS extending the ADR deadline a mere thirty (30) days and continuing the Case Management Conference until after the mediation will allow the Parties sufficient time to attempt to resolve this matter without further intervention of the Court; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline or continuation of the Case Management Conference.

NOW, THEREFORE, Adobe and Defendants stipulate and respectfully request the Court extend the ADR deadline to July 30, 2012, and continue the Joint Case Management Conference until August 10, 2012, or a date thereafter acceptable with the Court.

IT IS SO STIPULATED.

DATED: 5/31/12      J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: May 30, 2012      Winghart Law Group

By: /s/ Andrew D. Winghart
Andrew D. Winghart
Attorneys for Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center

### [~~PROPOSED~~] ORDER

PURSUANT TO REQUEST, IT IS HEREBY ORDERED that the ADR Deadline is extended to July 30, 2012. It is further ordered that the Case Management Conference shall be continued to August 10, 2012 at 8:30 a.m.

DATED: June 1, 2012

IT IS SO ORDERED
Judge Charles R. Breyer