1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Andrew D. Winghart (SBN 225099)
   *drew@winghartlaw.com*
9  Winghart Law Group
   495 Seaport Court, Suite 104
10 Redwood City, California 94063
   Telephone:    (510) 593-8546
11 Facsimile:    (866) 941-8593

12 Attorneys for Defendants Francis Pierre and
   Futursoft Solutions, Inc., erroneously sued
13 as Francis Pierre, an individual and d/b/a
   www.futursoftsolutions.com, Isaac Abady
14 and Computer Software Plus, Inc.,
   erroneously sued as Isaac Abady a/k/a Ike
15 Abady a/k/a Ike Abadi a/k/a Ike Ababi, an
   individual and d/b/a
16 www.topdealscenter.com and Top Deals
   Center
17

18                 **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

20
   Adobe Systems Incorporated,            )   Case No. C11-3885 CRB
21                                        )
              Plaintiff,                  )   **STIPULATION TO EXTEND ADR**
22      v.                                )   **DEADLINE AND CONTINUE**
                                          )   **FURTHER CASE MANAGEMENT**
23 Matthew Rene, et al.,                  )   **CONFERENCE AND [PROPOSED]**
                                          )   **ORDER**
24            Defendants.                 )
                                          )   Current ADR Deadline:   July 30, 2012
25                                        )
                                          )   CMC:                    August 10, 2012
26                                        )   Time:                   8:30 a.m.
                                          )   Court:         Hon. Charles R. Breyer
27
28

Adobe v. Rene, et al.:  Stipulation to Extend ADR Deadline and     - 1 -
Continue CMC

PLAINTIFF Adobe Systems Incorporated ("Adobe"), by and through its counsel of record, and Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request as follows:

WHEREAS a Case Management Conference was held on April 20, 2012;

WHEREAS the Court ordered a Further Case Management Conference on June 8, 2012, to occur after mediation had taken place;

WHEREAS the Parties had scheduled mediation to take place on July 17, 2012;

WHEREAS the Further Case Management Conference was then continued until August 10, 2012, to occur after the mediation;

WHEREAS Defendants' counsel informed Plaintiff's counsel and the mediators on July 9, 2012, regarding a family emergency that would prevent him from attending the mediation;

WHEREAS Defendants' counsel is a solo practitioner who did not have any associate or co-counsel who could represent Defendants in his stead;

WHEREAS Plaintiff and the mediators consented to the continuance of the mediation due to Defendants' counsel's extraordinary circumstances;

WHEREAS Defendants' counsel has been out of the office for the past few weeks due to said family emergency;

WHEREAS the Parties are now currently attempting to re-schedule the mediation for a time in August or September;

WHEREAS extending the ADR deadline by sixty (60) days and continuing the Case Management Conference until after the mediation will allow the Parties sufficient time to attempt

to resolve this matter without further intervention of the Court as well as allow sufficient time for Defendants' counsel to address his overdue commitments from his extended absence; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline or continuation of the Case Management Conference.

NOW, THEREFORE, Adobe and Defendants stipulate and respectfully request the Court extend the ADR deadline to September 30, 2012, and continue the Joint Case Management Conference until October 19, 2012, or a date thereafter acceptable with the Court.

IT IS SO STIPULATED.

DATED: 7/31/2012                    J. Andrew Coombs, A Professional Corp.

                                    By: /s/ Nicole L. Drey
                                        J. Andrew Coombs
                                        Nicole L. Drey
                                    Attorneys for Plaintiff

DATED: 7/31/2012                    Winghart Law Group

                                    By: /s/ Andrew D. Winghart
                                        Andrew D. Winghart
                                    Attorneys for Defendants

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS HEREBY ORDERED that the ADR Deadline is extended to ____September 30, 2012__. It is further ordered that the Case Management Conference shall be continued to _____October 19, 2012 at 8:30 a.m.__.

DATED: _____August 1_, 2012

                                    _____
                                    Hon. Charles R. Breyer
                                    UNITED STATES

*IT IS SO ORDERED — Judge Charles R. Breyer*