| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | *andy@coombspc.com* <br> Nicole L. Drey (SBN 250235) |
| 3 | *nicole@coombspc.com* <br> J. Andrew Coombs, A P. C. |
| 4 | 517 East Wilson Avenue, Suite 202 <br> Glendale, California 91206 |
| 5 | Telephone: (818) 500-3200 <br> Facsimile: (818) 300-3201 |
| 6 | Attorneys for Plaintiff |
| 7 | Adobe Systems Incorporated |
| 8 | Andrew D. Winghart (SBN 225099) |
| 9 | *drew@winghartlaw.com* <br> Winghart Law Group |
| 10 | 495 Seaport Court, Suite 104 <br> Redwood City, California 94063 |
| 11 | Telephone: (510) 593-8546 <br> Facsimile: (866) 941-8593 |
| 12 | Attorneys for Defendants Francis Pierre and |
| 13 | Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a |
| 14 | www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., |
| 15 | erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an |
| 16 | individual and d/b/a www.topdealscenter.com and Top Deals |
| 17 | Center |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C11-3885 CRB |
| Plaintiff, | **STIPULATION TO EXTEND ADR DEADLINE AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| Matthew Rene, et al., | |
| Defendants. | |
| | Current ADR Deadline: Sept. 30, 2012 |
| | CMC: October 19, 2012 <br> Time: 8:30 a.m. <br> Court: Hon. Charles R. Breyer |

Adobe v. Rene, et al.: Stipulation to Extend ADR Deadline and Continue CMC     - 1 -

PLAINTIFF Adobe Systems Incorporated ("Adobe"), by and through its counsel of record, and Defendants Francis Pierre and Futursoft Solutions, Inc., erroneously sued as Francis Pierre, an individual and d/b/a www.futursoftsolutions.com, Isaac Abady and Computer Software Plus, Inc., erroneously sued as Isaac Abady a/k/a Ike Abady a/k/a Ike Abadi a/k/a Ike Ababi, an individual and d/b/a www.topdealscenter.com and Top Deals Center (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request for an Order of the Court as follows:

WHEREAS as a result of the death of counsel Andrew Winghart's father occurred in July 2012, thus preventing the previously scheduled mediation in this matter;

WHEREAS the Court ordered the extension of the Mediation Deadline until September 30, 2012 and a Further Case Management Conference on October 19, 2012, to occur after mediation had taken place [Docket No. 28];

WHEREAS the parties' counsel and the appointed Neutrals engaged in further discussions on August 15, 2012, and several problems in securing a date were encountered

WHEREAS the parties engaged in a good-faith effort to secure a date within the Mediation Deadline, but the Defendants were unable to attend any mediation date available to the appointed neutrals and Plaintiff before the end of the Mediation Deadline as Defendant Abady is an observant and Orthodox practicing member of the Jewish faith and as such for religious reasons was unable to attend any mediations in the last two weeks of September as well as many dates in October, and Defendant Pierre had planned his personal vacation and his shared custody agreement for his son around the prior mediation date of July which had to be vacated;

WHEREAS the results of the schedule conflicts of the Defendants resulted in an inability to secure a date available for all parties and their counsel during this August 15, 2012 conference,

WHEREAS through the further efforts of counsel and mediators in the following weeks, all parties agreed to hold the mediation in November;

WHEREAS the parties were able to secure a date for the mediation of this case, and have scheduled the same for November 28, 2012 and Notice of this date has been served on all parties;

WHEREAS the confirmation of this confirmation of a new mediation date was served on September 20, 2012 and as such the parties have not inappropriately delayed in bringing this matter to the Court's attention;

WHEREAS extending the ADR deadline by sixty (60) days and continuing the Case Management Conference until after the mediation will allow the Parties sufficient time to attempt to resolve this matter without further intervention of the Court; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline or continuation of the Case Management Conference.

NOW, THEREFORE, for good cause Adobe and Defendants stipulate and respectfully request the Court extend the ADR deadline to November 30, 2012, and continue the Joint Case Management Conference until December 14, 2012 or a date thereafter acceptable with the Court.

IT IS SO STIPULATED.

DATED: _September 25, 2012_   J. Andrew Coombs, A Professional Corp.

By: _____/s/_____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff

DATED: __ September 25, 2012__   Winghart Law Group

By: _____/s/_____
Andrew D. Winghart
Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

PURSUANT TO REQUEST, IT IS HEREBY ORDERED that the ADR Deadline is extended to __November 30, 2012_____. It is further ordered that the Case Management Conference shall be continued to _December 14, 2012 at 8:30 a.m.___.

DATED: _September 28___, 2012



Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

Adobe v. Rene, et al.: Stipulation to Extend ADR Deadline and Continue CMC  - 4 -